# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0083.  GLENDA WILLIAMS v. SOUTHERN CRESCENT HABITAT FOR HUMANITY, INC.

The superior court entered a verdict in favor of Southern Crescent Habitat for Humanity, Inc. ("Habitat") in Glenda Williams's action for wrongful foreclosure and granted a writ of possession to Habitat.  Williams filed a notice of appeal, which Habitat moved to dismiss.  The trial court granted Habitat's motion and issued a second writ of possession.  Williams seeks discretionary review of the trial court's order.

From the limited materials that Williams included in her application, it appears that this case originated in superior court. A trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal.  See *Sotter v. Stephens*, 291 Ga. 79, 81 (727 SE2d 484) (2012), citing *American Medical Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008). Because Williams appears to seek review of such an order, this application is *GRANTED* as required by OCGA § 5-6-35 (j).  Williams shall have ten days from the date of this order to file a notice of appeal with the superior court, which is instructed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____10/28/2014_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*